UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ING BANK N.V.,** § | |
| § | |
| **Plaintiff** § | |
| § | |
| v. § | |
| § | **CIVIL ACTION NO.** |
| **M/V OCEAN HARMONY, IMO No.** § | **ADMIRALTY** |
| **9267106, her engines, tackle, equipment,** § | |
| **furniture, appurtenances, etc.,** *in rem* § | |
| § | |
| **Defendant** § | |

## VERIFIED COMPLAINT

NOW COMES, plaintiff, ING Bank N.V. ("ING Bank") through undersigned counsel, and files this Verified Complaint against defendant, the M/V OCEAN HARMONY, IMO No. 9267106, her engines, tackle, equipment, furniture, appurtenances, etc. ("OCEAN HARMONY") *in rem*, for damages and maritime arrest, and upon information and belief, avers as follows:

### Jurisdiction and Venue

1.

This is an admiralty and maritime claim within this Court's admiralty jurisdiction pursuant to 28 U.S.C. § 1333, Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and Federal Rule of Civil Procedure 9(h).

2.

Venue is proper in this District in accordance with Rule C as the OCEAN HARMONY is or will be within the physical jurisdiction of this Court during the pendency of this action.

**Parties**

3.

At all material times, ING Bank was and is a banking and financial services corporation or business entity organized and existing pursuant to the laws of The Netherlands, with a place of business in Amsterdam, The Netherlands. As more fully set forth herein, ING Bank is an assignee of certain accounts, assets and maritime liens of OW Bunkers (UK) Limited ("OW Bunker"), including the accounts receivable and corresponding maritime liens owed by the OCEAN HARMONY, and therefore prosecutes this admiralty claim as the holder of OW Bunker's maritime lien against the OCEAN HARMONY as more fully set forth herein.

4.

ING Bank is the coordinator, agent, and security agent under that certain US$ 700,000,000.00 Multicurrency Revolving Borrowing Base Facilities Agreement, dated December 19, 2013 (the "Credit Agreement"), and related guaranty, pledge, and security agreements, including that certain English Omnibus Security Agreement, dated December 19, 2013 (the "Security Agreement").

5.

OW Bunker is a borrower and guarantor of the obligations owing under the Credit Agreement and is in default of those obligations.

6.

OW Bunker is also a party to the Security Agreement, pursuant to which it absolutely assigned all of its rights, title and interests as of December 19, 2013, in certain assets, including customer accounts receivable for bunker deliveries, to ING Bank.

7.

OW Bunker has assigned to ING Bank all of its rights, title and interests, including its right to institute this action and enforce its maritime liens against the OCEAN HARMONY in the amounts owed to OW Bunker for bunker deliveries made to the OCEAN HARMONY, as more fully described *infra*. For clarity, OW Bunker and ING Bank will collectively be referred to as "OW Bunker" throughout the remainder of this pleading, unless otherwise indicated.

8.

At all material times, defendant, the OCEAN HARMONY, was and is, upon information and belief, a bulk carrier, owned by Ocean Harmony Maritime, Inc. ("Ocean Harmony"), managed and operated by Ocean Longevity Shipping, and chartered by Bulk Atlantic Inc. ("Bulk Atlantic").

**Unpaid Bunkers Supplied and Delivered to the OCEAN HARMONY**

9.

OW Bunker contracted to provide bunkers and related barging services to the OCEAN HARMONY in Piraeus, Greece, which bunkers were initially ordered by Bulk Atlantic, believed to be the charterer of the OCEAN HARMONY. This contract to supply bunkers is evidenced by Sales Order Confirmation, No. 24-29060, dated October 13, 2014, a true and correct copy of which is attached as Exhibit A (hereafter the "Confirmation").

10.

The Confirmation, as well as the supply and delivery of the marine fuels to the OCEAN HARMONY, were subject to the OW Bunker Group Terms and Conditions of sale for Marine Bunkers, Edition 2013, a true and correct copy of which is attached as Exhibit B, hereafter "General Terms". More specifically, the Confirmations provided in relevant part, as follows:

>The sale and delivery of the marine fuels described above are subject to the OW Bunker Group's Terms and Conditions of sale(s) for Marine Bunkers.  The acceptance of the marine bunkers by the vessel named above shall be deemed to constitute acceptance of said general terms to you as 'Buyer' and to OW BUNKERS (UK) LIMITED as 'Seller'.
>
>The fixed terms and conditions are well known to you and remain in your possession.  If this is not the case, the terms can be found under the web address: http:///owbunker.com/wpcontent/uploads/2013/12/OWB_GTC_ValidFrom01092013.pdf

(Exh. A, Confirmation, p. 2.)

11.

Article B.1 of the General Terms defines the term "Buyer" to mean "the vessel supplied and jointly and severally her Master, Owners, Managers/Operators, Disponent Owners, Time Charterers, Bareboat Charterers, and Charterers…"  (Ex. B, General Terms, p. 2, art B.1.)  As discussed *infra*, on or about October 31, 2014 the OCEAN HARMONY accepted marine bunkers from OW Bunker, pursuant to the Confirmation. Accordingly, the OCEAN HARMONY; her owner, Ocean Harmony Maritime; her manager/operator, Ocean Longevity Shipping; and her charterer, Bulk Atlantic fall within the definition of Buyer and are, therefore, bound and obligated jointly and severally to the Confirmation and to the General Terms, which General Terms were incorporated in the Confirmation by express reference and adoption.  *See World Fuel Servs. Trading, DMCC v. M/V HEBEI SHIJIAZHUANG*, 12 F. Supp. 3d 792, 804 (E.D. Va. 2014) *aff'd sub nom. World Fuel Servs. Trading, DMCC v. Hebei Prince Shipping Co.*, 783 F.3d 507 (4th Cir. 2015).

12.

Article I.3(iv) of the General Terms provides as follows:

Where [OCEAN HARMONY] fails to pay timely, [OW Bunker] has the right to (without prejudice to its rights to receive default/delay compensation) take all appropriate steps to secure and enforce its claim…

(Exh. B, General Terms, p. 7, art. I.3).

13.

Article I.9 of the General Terms provides as follows:

Where Bunkers are supplied to [OCEAN HARMONY], in addition to any other security, the Agreement is entered into and the Goods are supplied upon the faith and credit of [OCEAN HARMONY]. It is agreed and acknowledged that the sale of Bunkers to [OCEAN HARMONY] and/or their acceptance on [OCEAN HARMONY] create a maritime lien over [OCEAN HARMONY] for the price of the Bunkers (and all interest and costs payable in respect thereof; including but not limited to the reasonable attorney's fees), such maritime lien afforded to [OW Bunker] over the [OCEAN HARMONY]. In any event any applicable Law shall not prejudice the right of the maritime lien of [OW Bunker] afforded hereunder or by any other applicable Law, be it of the place of delivery, the flag of the Vessel, or the place of jurisdiction and/or arrest of the Vessel, or otherwise howsoever.

(Exh. B, General Terms, p. 8, art. I.9).

14.

Article P.5 of the General Terms provides as follows:

The General Maritime Law of the United States shall always apply with respect to the existence of a maritime lien, regardless of the country in which [OW Bunker] takes legal action. [OW Bunker] shall be entitled to assert its rights of lien or attachment or other rights, whether in law, in equity or otherwise, in any jurisdiction where the Vessel may be found.

(Exh. B, General Terms, pp. 11 – 12, art. P.5).

15.

In filing this Verified Complaint, OW Bunker exercises its discretion to proceed against the OCEAN HARMONY under the substantive laws of the General Maritime Law of the United

States of America as well as the Commercial Instrument and Maritime Liens Act, 46 U.S.C. §§ 31303 *et seq.*, and under the procedural laws of the Federal Rules of Civil Procedure, including the Supplemental Rules for Admiralty and Maritime Claims, as well as the Local Rules of the United States District Court for the District of Maryland.

16.

On October 13, 2014, OW Bunker issued Sales Order Confirmation No. 24-29060 for the account of the Master and/or Owner and/or Charterers and/or M/V OCEAN HARMONY and/or Bulk Atlantic Inc. and indicated that it would provide 300.00-350.00 metric tons of Fueloil 380-CST 3.5%, 200.00-270.00 metric tons of 380-CST 0.1%, and 35.00-50.00 metric tons of Gasoil 0.1% marine bunkers to the OCEAN HARMONY in Piraeus, Greece, plus associated barge service to transport and transfer the foregoing fuel bunkers to the OCEAN HARMONY, with an estimated delivery date of between October 24, 2014 and October 31, 2014. (Exh. A, p. 1.)

17.

On or about October 31, 2014, pursuant to Sales Order Confirmation No. 24-29060 and the General Terms, the OCEAN HARMONY accepted the delivery of 349.239 metric tons of Fueloil 380-CST 3.5%, 298.843 metric tons of 380-CST 0.1%, and 45.588 metric tons of Gasoil 0.1% marine bunkers, as well as barging services, from OW Bunker. The bunker delivery was made on behalf of OW Bunker as evidenced by the October 31, 2014 Bunker Survey Report for the OCEAN HARMONY, a true and correct copy of which is attached as Exhibit C.

18.

On October 31, 2014, OW Bunker issued its Invoice No. 24-30995 to the OCEAN HARMONY and / or Owners / Charterers, which was addressed to Bulk Atlantic Inc., referencing Confirmation No. 24-29060, in the amount of US$ 178,111.89 for 349.239 metric

tons of Fueloil 380-CST 3.5% marine bunkers; US$ 164,363.65 for 298.843 metric tons of 380-CST 0.1% marine bunkers; and US$ 36,242.46 for 45.588 metric tons of Gasoil 0.1% marine bunkers, as well as barging services associated with the delivery to the OCEAN HARMONY in Piraeus, Greece, to be paid on or before December 15, 2014, a true and correct copy of which is attached hereto as Exhibit D (hereafter "Invoice").

19.

As of this date, neither ING Bank nor OW Bunker have been paid for the bunkers delivered to the OCEAN HARMONY in breach of the Confirmation and General Terms, and plaintiff is accordingly owed US$ 379,718.00 for the bunkers, fees and charges as aforesaid.

20.

Pursuant to General Terms, Article I.5, OW Bunker is entitled to recover contractual interest of three (3%) percent per month on the foregoing unpaid invoiced amounts until paid, and a delayed payment administrative fee of US$ 1.50 per metric ton of bunkers supplied.  (Exh. B, General Terms, p. 7, art. I.5.)

21.

Pursuant to General Terms, Article I.7, all costs borne by OW Bunker in connection with the collection of overdue payments, whether made in or out of court and in general all costs in connection with breach of the contract shall be for the breaching party's sole account.  (*Id*., art. I.7.) Accordingly, OW Bunker is additionally entitled to recover for all attorney's fees and costs incurred by OW Bunker resulting from its efforts to collect payment on the Invoice, including attorney's fees and costs associated with this civil action, and pursuant to the General Terms, the OCEAN HARMONY, Ocean Harmony Maritime Inc., Ocean Longevity Shipping, and Bulk Atlantic Inc. remain jointly and severally liable for all amounts due and owing to OW Bunker.

22.

As of the date of this filing, ING is owed the following amounts for unpaid bunkers delivered to the OCEAN HARMONY:

| | | |
|---|---|---|
| A. | Invoice | US$ 379,718.00 |
| B. | Accrued Interest | US$ 201,743.26 |
| C. | Administrative Fees | US$ 1,041.00 |
| D. | Accrued and Anticipated Attorney's Fees | US$ 50,000.00 |
| **TOTAL** | | **US$ 632,502.26** |

**Request for Arrest of the OCEAN HARMONY**
**Pursuant to Supplemental Admiralty Rule C**

23.

Upon information and belief, the OCEAN HARMONY is or will be within this District during the pendency of this admiralty and maritime claim to recover for necessaries provided by OW Bunker to the OCEAN HARMONY.

24.

Pursuant to Rule C of the Supplemental Rules for Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, ING is entitled to arrest the OCEAN HARMONY to satisfy ING's claims, including but not limited to pre-judgment interest, costs, expenses, and attorneys' fees as alleged with more specificity *supra*.

25.

ING agrees to release and hold harmless and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the arrest and attachment of the aforesaid OCEAN HARMONY.

All and singular the foregoing premises are true and correct within the admiralty jurisdiction of this Honorable Court.

**WHEREFORE**, plaintiff, ING Bank N.V., prays:

1. That this Verified Complaint be deemed good and sufficient;

2. That process in due form of law, according to the rules and practices of this Honorable Court, issue against the M/V OCEAN HARMONY, her engines, tackle, apparel, furniture, equipment, and all other necessaries, *in rem*, by way of arrest pursuant to Supplemental Admiralty Rule C, and that all persons claiming interest in said vessel be required to appear and to answer under oath, all and singular the matters aforesaid;

3. That after due proceedings are had, there be judgment entered in favor of plaintiff, ING Bank N.V., and against defendant, the OCEAN HARMONY, her engines, tackle, apparel, furniture, equipment, and all other necessaries, *in rem*, requiring defendant to pay damages to plaintiff in the amount of **US$ 632,502.26** for bunkers delivered to the OCEAN HARMONY, and all other damages as may be proven at trial, with prejudgment interest, attorney's fees, and all costs of these proceedings; and;

4. That this Court grant ING Bank such other and further relief as may be just and proper.

Respectfully submitted:

*/s/*
David W. Skeen #01084
Marc A. Campsen #29791
Wright, Constable and Skeen, LLP
100 N. Charles Street, 16th FL
Baltimore, MD 21201
Telephone: (410) 659-1300
Facsimile: (410) 656-1350
Email: dskeen@wcslaw.com
mcampsen@wcslaw.com

and

**JAMES D. BERCAW**
**LEN R. BRIGNAC**
**LAURA E. AVERY**
Motions for admission *pro hac vice* to be filed
**KING, KREBS & JURGENS, P.L.L.C.**
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
E-Mail:   jbercaw@kingkrebs.com
              lbrignac@kingkrebs.com
              lavery@kingkrebs.com

*Attorneys for ING Bank N.V.*


**PLEASE SERVE:**

**The Master of the M/V OCEAN HARMONY, IMO 9267106**
**And Issue a Warrant for the Arrest of the M/V OCEAN HARMONY**