

M/V OCEAN HARMONY IMO: 9267106
AND/OR OWNERS/CHARTERERS

Bulk Atlantic Inc.
Heris Tower, Sehit Fehti Bey Cad.
No.: 55 Kat: 15/22 Alsancak
Izmir
Turkey

| | |
|---|---|
| DATE OF INVOICE : | 31. October 2014 |
| INVOICE NO : | 24-30995 |
| ORDER NO. : | 24-29060 |
| ACCOUNT NO : | 27068 |
| OUR REF : | Kamala Huseynova |
| DATE OF SUPPLY : | 31. October 2014 |
| DUE DATE : | 15. December 2014 |

PORT: PIRAEUS
YOUR REFERENCE:

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 349,239 MT | Fueloil 380-CST 3,5% | 510,00 MT | 178.111,89 |
| 298,843 MT | 380-CST 0,1% | 550,00 MT | 164.363,65 |
| 45,588 MT | Gasoil 0,1% | 795,00 MT | 36.242,46 |
| 1,000 LPS | Barging | 1.000,00 LPS | 1.000,00 |

| | | |
|---|---|---|
| Net Amount | USD | 379.718,00 |
| VAT Amount | USD | 0,00 |
| Total | USD | 379.718,00 |

Your VAT No. :
Our VAT No. : GB 727 4450 31

| Taxable Amount GBP | 0% VAT Amount GBP | Amount incl. VAT GBP | Rate of exchange GBP |
|---|---|---|---|
| 237.777,76 | 0,00 | 237.777,76 | 0,626196 |

The prices are excl. all taxes and/or other fees.

**TERMS OF PAYMENT:** 45 days from date of delivery With value date not later than DUE DATE or previous working day when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

BANK: ING Bank N.V.

ACCOUNT:
IBAN: NL26 INGB 0020 1180 31   USD and all other currencies
IBAN: NL10 INGB 0651 3696 81   EUR

SWIFT: INGBNL2A

OW BUNKERS (UK) LIMITED
Pilgrim House
William Street
GB-SL4 1BA Windsor, Berkshire

Phone: +44 1753 483300
Fax:   +44 1753 483310
E-mail: owbunkersuk@owbunker.com
Internet: http:www.owbunker.com

Per telegraphic transfer directly to our account without deduction
of bank charges which are for buyers account.

Reg.No.: 3978855

EXHIBIT D